■ SAMUEL GELL et al., Appellants, v ST. FINBAR'S ROMAN CATHOLIC CHURCH et al., Defendants, and PAUL McC. KLOHR et al., Respondents.—In an action to recover damages on the theory of nuisance, plaintiffs appeal from an order of the Supreme Court, Kings County, dated December 1, 1975, which, *inter alia,* denied their motion to strike the answers of two of the individual defendants, on condition that the said defendants produce for examination on their behalf the persons who have knowledge of the facts. Order modified, in the exercise of discretion, by deleting the second decretal paragraph thereof and substituting therefor the following: "Ordered, that the plaintiffs' motion to strike the answers of Bishop Mugavero and Msgr. Klohr is denied upon condition that Msgr. Klohr submit to examination before trial." As so modified, order affirmed, with $50 costs and disbursements to appellants. The examination shall proceed at a time and place to be fixed in a written notice of not less than 10 days to be given by plaintiffs, or at such other time and place as the parties may agree. The record reveals that of the two individual defendants sought to be examined before trial by the plaintiffs, Msgr. Klohr would be the person more likely to have personal knowledge of facts pertaining to the issues in dispute since he lives at the church property which adjoins the plaintiffs' residence. Martuscello, Acting P. J., Latham, Cohalan, Rabin and Titone, JJ., concur.

■ HELENE LEFRAK, Individually and as Parent and Guardian of PATRICIA LEFRAK, an Infant, et al., Plaintiffs, v GLORIA LEFRAK, Individually and as Administratrix C. T. A. of HARRIS B. LEFRAK, Deceased, et al., Defendants, and RUSS, WEYL & LEVITT, Appellants.—In an action *inter alia* to declare that plaintiffs are entitled to the proceeds of certain insurance policies, plaintiffs' attorneys appeal from an order of the Supreme Court, Nassau County, dated November 25, 1975, which denied plaintiffs' motion to vacate and modify two prior orders of the same court, dated October 21, 1975 and September 5, 1975, respectively, which said orders failed to provide for counsel fees in connection with the sum recovered on behalf of the infant plaintiff Paul Lefrak. Order reversed, on the facts and in the exercise of discretion, without costs or disbursements, and motion granted to the extent that the order dated October 21, 1975 is modified by adding thereto provisions awarding appellants, out of the amount awarded to the infant plaintiff Paul Lefrak, (1) a counsel fee in the amount of $2,500 and (2) a pro rata share of their disbursements in connection with the maintenance of the action. The action is remanded to Special Term for the entry of an appropriate order in accordance herewith. In our opinion the sum of $2,500 is adequate and reasonable, considering the nature of the litigation and the extent of the legal services rendered in connection therewith. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Titone, JJ., concur.